## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCE CLEVELAND, RON GREEN, and<br>CHRISTOPHER BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 3:15-cv-00475 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| HYUNDAI SUBARU OF NASHVILLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' proposed agreed order of dismissal with prejudice of all

matters in dispute. (Docket Entry No. 23). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims

in this action are **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ day of March, 2016.

_Todd Campbell_
TODD J. CAMPBELL
United States District Judge